IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. SAG-21-202 |
| DONALD HILDEBRANDT | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL

Donald Hildebrandt, by counsel, hereby moves to seal his Reply in Support of Motion to Suppress Tangible and Derivative Evidence and for a *Franks* Hearing. The memorandum includes references to information and documents covered by the protective order signed by the Court in this matter, Dkt. # 35. The information appears throughout the filing and cannot be meaningfully redacted.

WHEREFORE, Mr. Hildebrandt requests that the filing be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

/s/
_____
LAURA GINSBERG ABELSON (#29363)
CULLEN MACBETH (#810923)
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile: (410) 962-3976
Email: laura_abelson@fd.org
       cullen_macbeth@fd.org